UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. AMONRA JACKSON

## PETITION FOR WRIT OF HABEAS CORPUS

1. **Amonra Jackson, SBI # 507839C, Reg.# 63098-050**, D.O.B. 10/1/1981 is now confined at the **Essex County Jail.**

2. Said individual will be required at United States District Court, 50 Walnut Street, Newark, New Jersey, on Thursday, April 21, 2011, at 10:45 a.m., for an **Arraignment** before Hon. Jose L. Linares in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: April 19, 2011

/s/ Barbara Llanes
Barbara R. Llanes
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: April 19, 2011

Hon. Jose L. Linares, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail:
WE COMMAND YOU that you have the body of

**Amonra Jackson, SBI # 507839C, Reg.# 63098-050, D.O.B. 10/1/1981**

now confined at the Essex County Jail, brought to the United States District Court, at 50 Walnut Street, Newark, New Jersey, on Thursday, April 21, 2011 at 10:45 am, for an **Arraignment** before Hon. Jose L. Linares in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Jose L. Linares
United States District Judge
Newark, New Jersey.

DATED: April 19, 2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk