UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 11-221 |
| AMONRA JACKSON | : | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Barbara Llanes, Assistant U.S. Attorney), and defendant Amonra Jackson (by Candace Hom, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as counsel for the defendant has requested additional time to review discovery and prepare the defense, and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The charges in this case are the result of an investigation involving witnesses and discovery that defense counsel requires adequate time to review;

2. Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

3 Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this __17__ day of May, 2011,

IT IS ORDERED that the period from and including May 13, 2011, through July 11, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Defense motions: 06-06-11
Opposition: 06-20-11
Motions hearing: 07-05-11
Trial: 07-11-11

HON. JOSE L. LINARES
United States District Judge

Form and entry consented to:

Barbara R. Llanes
Assistant U.S. Attorney

Candace Hom
Assistant Federal Public Defender
Counsel for defendant Amonra Jackson