UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :        Hon. Jose L. Linares
                                          Crim. No. 11-221
              v.                 :
                                          CONTINUANCE ORDER
AMONRA JACKSON                   :

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Barbara Llanes, Assistant U.S. Attorney), and defendant Amonra Jackson (by Candace Hom, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 6th day of ~~August~~ Sept., 2011,

IT IS ORDERED that the period from and including September 10, 2011, through November 8, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Defense motions: September 27, 2011
Opposition: October 11, 2011
Motions hearing: October 24, 2011
Trial: November 8, 2011

_____
HON. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

_____
Barbara R. Llanes
Assistant U.S. Attorney

_____
Candace Hom
Assistant Federal Public Defender
Counsel for defendant Amonra Jackson